## 52387. LITTLETON v. THE STATE.

QUILLIAN, Judge.

The defendant was charged under a two-count indictment with sale of a narcotic drug and with violation of the Georgia Controlled Substances Act. He was found

guilty on both counts and sentenced to 15 years. Appeal followed. *Held:*

1. The trial judge's charge on alibi was not reversible error for the reason assigned. See *Paschal v. State,* 230 Ga. 859 (2) (199 SE2d 803), where an identical charge was approved over a similar objection. See in this connection *White v. State,* 231 Ga. 290, 295 (201 SE2d 436).

2. The enumerations of error complaining of the court's failure, without request, to charge the law of criminal intent (Criminal Code of Georgia § 26-605; Code Ann. § 26-605 (Ga. L. 1968, pp. 1249, 1269)) are without merit. *Whigham v. State,* 131 Ga. App. 261, 262 (2) (205 SE2d 467). See *Turpin v. State,* 121 Ga. App. 294 (2) (173 SE2d 455).

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED JULY 14, 1976 — DECIDED SEPTEMBER 9, 1976.

*Stanley H. Nylen,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen Moye, Assistant District Attorneys,* for appellee.